UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

———————————————————————

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND | ) | MDL No. 2100 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| ——————————————————— | | ORDER |

**This Document Relates to:**

    Quishaun Mobley-Jones v. Bayer HealthCare Pharms. Inc. et al. No. 3:10-cv-10737-DRH-PMF

    Jacqueline Page v. Bayer HealthCare Pharms. Inc. et al. No. 3:10-cv-10728-DRH-PMF

    Annelise Simonson v. Bayer HealthCare Pharms. Inc. et al. No. 3:10-cv-11068-DRH-PMF

## **ORDER**

**HERNDON, Chief Judge:**

This matter is before the Court on Defendant Bayer HealthCare Pharmaceuticals Inc.'s motions, pursuant to Case Management Order 12 ("CMO 12"), for an Order dismissing Plaintiffs' claims, in the above-captioned matters, **with prejudice** for failure to comply with their Plaintiff Fact Sheet ("PFS") obligations.

On December 8, 2010, Bayer HealthCare Pharmaceuticals Inc. moved to dismiss the above-captioned matters without prejudice for failure to comply with PFS obligations. (Mobley-Jones DOC. 7; Page DOC. 8; Simonson DOC. 5.)

The Court granted the motion on December 28, 2010. (Mobley-Jones DOC. 8; Page DOC. 9; Simonson DOC. 6.) More than 60 days since the entry of the order of dismissal without prejudice has passed, and Plaintiffs still have not complied with their PFS obligations.

Accordingly, pursuant to Section E of CMO 12, Defendant Bayer HealthCare Pharmaceuticals Inc. requests an Order converting the dismissal without prejudice to a dismissal with prejudice. Having considered the motion and the relevant provisions of CMO 12 the Court **ORDERS** as follows:

Plaintiffs in the above captioned actions have failed to comply with their obligations pursuant to CMO 12 and more than 60 days have passed since the entry of the order of dismissal without prejudice for failure to comply with CMO 12. Accordingly, pursuant to Section E of CMO 12, **Plaintiffs complaints are hereby dismissed with prejudice**.

**SO ORDERED**

David R. Herndon
2011.03.11 16:30:23 -06'00'

**Chief Judge**  **Date: March 11, 2011**
**United States District Court**